```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

**EVETTE FIELDS,**

    **Plaintiff,**

vs.
                              Civil Action 2:12-cv-468
                                 Magistrate Judge King

**LICKING-KNOX GOODWILL**
**INDUSTRIES, INC.,**

    **Defendant.**


## ORDER

This case has been reported settled.  The mediation conference scheduled for March 11, 2013 is therefore **VACATED**.  Plaintiff's counsel will notify the mediator assigned to this case.

**A status conference will be held on April 12, 2013, at 10:00 a.m., unless the dismissal entry is received before that time.**

If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case be dismissed with prejudice.


March 11, 2013                                        *s/Norah McCann King*
                                                     Norah McCann King
                                       United States Magistrate Judge